Nathan G. Steele
Oregon State Bar #004386
ngs@steelefirm.com
The Steele Law Firm
1051 NW Bond Street, Suite 320
Bend, Oregon 97701
Telephone: (541) 647-1812
Facsimile: (541) 647-1814
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford Division

| | |
|---|---|
| BILL D. VLACHOS,<br><br>    Plaintiff,<br><br>vs.<br><br>LOREN L. HEUERTZ,<br><br>    Defendant. | Case No.: 1:11-cv-1427-PA<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE |

ORDER

BASED UPON THE STIPULATION OF THE PARTIES hereto, as set forth in the Stipulated Motion to Dismiss with Prejudice filed herewith; and it appearing to the Court that there is no just reason for delay and that entry of dismissal is appropriate, it is now therefore,

///

///

///

///

ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE- Page 1

ORDERED AND ADJUDGED that all claims by Plaintiff against Defendant are dismissed with prejudice and without costs or attorney fees to any party.

DATED this ___3___ day of ___Jan___ 2012.

*Owen M. Panner*
Honorable Owen M. Panner